United States District Court
Southern District of Texas
**ENTERED**
June 20, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALLEN RACY,<br><br>　　Plaintiff,<br><br>V.<br><br>CW WYNN, LLC & CHARLES WILLIAM WYNN,<br><br>　　Defendants. | CIVIL ACTION NO. 4:17-cv-00933<br><br>JURY TRIAL DEMANDED |

## ORDER

On this day came on to be considered the Parties' Joint Motion to Approve Confidential Settlement and to Dismiss Case with Prejudice. The Court hereby approves the settlement and grants the Parties' joint motion. Accordingly, it is

ORDERED that the Parties' confidential settlement is hereby approved and the case is hereby dismissed with prejudice to refiling same. All costs and attorneys' fees are taxed against the party incurring same. This is a final order.

Signed on this __20__ day of __June__ 2017.

_____
UNITED STATES DISTRICT JUDGE

1